**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                         No. 4:13CR00283 JLH

HOLLIS G. BROWN                                                      DEFENDANT

**ORDER**

       Hollis G. Brown has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Court directs the United States to file a response to that motion within 30 days from the entry of this Order.

       IT IS SO ORDERED this 30th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE