# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                     No. 4:13CR00283 JLH

HOLLIS G. BROWN                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion filed by Hollis G. Brown to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is DENIED. No certificate of appealability will be issued.

IT IS SO ORDERED this 15th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE